This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                    **NO. 29,828**

**PHILLIP MORGAN HART,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF HIDALGO COUNTY**
**J. C. Robinson, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
Karl Erich Martell, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Defendant attempts to appeal from the district court's May 5, 2009, judgment and sentence. This Court's first notice of proposed disposition proposed to not address issues concerning the voluntariness of the plea agreement because this Court's prior opinion resolving those issues was the law of the case. We further proposed to hold that any substantive issues concerning the propriety of the plea agreement were waived when Defendant entered into a non-conditional plea agreement. The only issues reviewable on appeal were those related to the process on re-sentencing and the remand order to allow Defendant the opportunity for allocution. As to those issues, we proposed to hold that permitting the prosecutor to present argument against a lesser sentence did not prejudice Defendant because the same sentence was entered after Defendant was given an opportunity for allocution. Defendant acknowledges that this was the case. **[MIO 6]**

Pursuant to *State v. Franklin* and *State v. Boyer,* Defendant reiterates the same arguments raised in the docketing statement. *State v. Franklin*, 78 N.M. 127, 129, 428 P.2d 982, 984 (1967), and *State v. Boyer*, 103 N.M. 655, 658-60, 712 P.2d 1, 4-6 (Ct. App. 1985) (stating that on appeal, defense counsel has the duty to advance defendant's non-meritorious contentions on appeal). Defendant does not otherwise

point to any errors in the fact or law.  We are not persuaded by Defendant's arguments, and affirm the district court's judgment and sentence.

For these reasons, and those stated in the first notice of proposed disposition, we affirm.

**IT IS SO ORDERED.**

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

**CYNTHIA A. FRY, Chief Judge**

**JAMES J. WECHSLER, Judge**